IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Andrea Person, #338104, ) | Civil Action No. 4:16-3047-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Dr. Benjamin Lewis, *Primary Physician at* ) | |
| *Leath C.I.*, A. Rawksi, *Warden at Leath C.I.*,) | |
| Nurse Parker, *Supervisory Nurse at Leath* ) | |
| *C.I.*, Francis Parnell, *Nurse at Leath C.I.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court because of Plaintiff's failure to comply with the Court's orders of September 15, 2016, and October 20, 2016. (Dkt. Nos. 7 & 14.) The Court ordered Plaintiff to submit items needed to render this case into proper form, and specifically informed Plaintiff that if she failed to do so, this case would be subject to dismissal. The Court also granted an extension of time for compliance. (Dkt. No. 14.) The Court has received no response from Plaintiff and the time for her compliance has passed. Plaintiff's lack of response indicates an intent not to prosecute this case, and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a Plaintiff fails to comply with an order of the court); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989) (dismissal appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (court may dismiss *sua sponte* for failure to prosecute). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE.**

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

November 30, 2016
Charleston, South Carolina

-1-